# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2026

*The Court of Appeals hereby passes the following order:*

## A27D0007. BRANDI MADDOX v. ROGER HUBBARD, JR.

Brandi Maddox and Roger Hubbard, Jr., are the parents of two minor children.[1] On June 22, 2026, the trial court entered a temporary order granting sole legal and physical custody of the children to Hubbard. Maddox has filed a timely application for discretionary review of the order in which she, inter alia, challenges the ruling on custody.

Ordinarily, appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35(a)(2), (b). Under OCGA § 5-6-34(a)(11), however, direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, the order Maddox seeks to appeal is directly appealable.

Under OCGA § 5-6-35(j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Maddox shall have ten days from the date of this

---

[1] This case began as a legitimation action in which the trial court entered a temporary order granting final legitimation and declaring Hubbard the legal father of the parties' children and establishing a visitation schedule. Thereafter, the trial court found Maddox in contempt of the temporary order, and Maddox filed a timely notice of appeal. This Court dismissed that appeal as abandoned after Maddox failed to file a timely enumeration of errors and brief. See Case No. A26A1847 (May 27, 2026).

order to file a notice of appeal in the superior court. See OCGA § 5-6-35(g). If she already has filed a notice of appeal in the superior court, then she need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/10/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*